```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08805
   ALLEN CRAIGHEAD
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-2377


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 05/15/2007 and was confirmed 10/17/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
 creditors  10.00%.

      The case was dismissed after confirmation 04/02/2008.
--------------------------------------------------------------------------------
 CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
 ASSET ACCEPTANCE LLC       UNSECURED          201.15           .00           .00
 SPRINT-NEXTEL CORP         UNSECURED          995.75           .00           .00
 CITY OF CHICAGO PARKING    UNSECURED         3800.00           .00           .00
 COLLECTION COMPANY OF AM   UNSECURED        NOT FILED          .00           .00
 CPI/JOLIET                 UNSECURED         1371.20           .00           .00
 MRSI                       UNSECURED        NOT FILED          .00           .00
 MRSI                       UNSECURED        NOT FILED          .00           .00
 OVERLAND BOND & INVESTME   UNSECURED        NOT FILED          .00           .00
 ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,314.00                       561.60
 TOM VAUGHN                 TRUSTEE                                          38.40
 DEBTOR REFUND              REFUND                                            .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
 TRUSTEE                  600.00

 PRIORITY                                          .00
 SECURED                                           .00
 UNSECURED                                         .00
 ADMINISTRATIVE                                 561.60
 TRUSTEE COMPENSATION                            38.40
 DEBTOR REFUND                                     .00
                        ---------------     ---------------
 TOTALS                   600.00                 600.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 08805 ALLEN CRAIGHEAD

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 07/24/08
                                  /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE